640 A.2d 415

**Robert M. HOOPER, Sr. and Wilma J. Hooper, Appellants,**

**v.**

**ZONING HEARING BOARD OF WEST BRANDYWINE TOWN-SHIP, and West Brandywine Township and Peter J. Leonard, Kelly Leonard, Stephen Shemonski and Irene Shemonski, Appellees.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1993.

Decided April 29, 1994.

Patrick C. O'Donnell, West Chester, Hannah Gardner, Bala Cynwyd, for appellants.

John S. Halsted, West Chester, for W. Brandywine Tp.

Timothy H. Knauer, West Chester, for Zoning Hearing Bd. of W. Brandywine.

Wayne C. Buckwalter, West Chester, for P. Leonard, K. Leonard, S. Shemonski & I. Shemonski.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

**ORDER**

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Mr. Justice LARSEN did not participate in the consideration or decision of this case.

Mr. Justice MONTEMURO, who was an appointed Justice of the Court at the time of argument, participated in the decision of this case in his capacity as a Senior Justice.*